UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

:

SHEILA J RUST :

: Bankruptcy No. 0914639

Debtor(s) : Chapter 13

### ORDER

AND NOW, this 2nd day of December, 2009, after notice and hearing, the above-captioned case is hereby dismissed.

FOR THE COURT

Stephen R. Raslavich, B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606


SHEILA J RUST
15 SPRINGFIELD AVENUE
FLOURTOWN  PA  19031


MICHAEL W GALLAGHER ESQ
628 EAST GERMANTOWN PIKE
LAFAYETTE HILL  PA  19444